```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 01521
   LAVERN R MCCANTS-YOUNG
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1058


-------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/30/07 and confirmed on 05/03/07.

   2.  The case was dismissed after confirmation, 10/19/2007.

   3.  The Debtor paid a total of $   7250.00 .

   4.  The Trustee made disbursements to creditors as follows:

-------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
AMC MORTGAGE SERVICES      CURRENT MORTG          .00          .00            .00
AMC MORTGAGE SERVICES      MORTGAGE ARRE      3355.24          .00         3355.24
CENTRAL CREDIT UNION OF    SECURED VEHIC     17473.61       183.66         2186.34
FAST CASH ADVANCE          UNSECURED          3175.55          .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED           477.79          .00            .00
ILLINOIS STUDENT ASSIST    UNSECURED         86515.53          .00            .00
NATIONAL CREDIT SYSTEMS    UNSECURED           172.08          .00            .00
PARAGON WAY                UNSECURED          1822.07          .00            .00
PREMIER BANKCARD/CHARTER   UNSECURED         NOT FILED         .00            .00
SHORT TERM LOANS LLC       UNSECURED         NOT FILED         .00            .00
IL STATE TOLL HWY AUTHOR   UNSECURED          3458.20          .00            .00
NICOR GAS                  UNSECURED          1608.32          .00            .00
JEFFERSON CAPITAL SYSTEM   UNSECURED           191.38          .00            .00
B LINE LLC                 UNSECURED          1533.38          .00            .00
B LINE LLC                 UNSECURED           310.83          .00            .00
PORTFOLIO RECOVERY ASSOC   UNSECURED          1647.82          .00            .00
RECEIVABLES MANAGEMENT I   UNSECURED           450.00          .00            .00
         Summary of disbursements:
-------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED      OTHER         TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  20828.85          .00    101362.95        .00       122191.80
PRINCIPAL PAID       5541.58          .00          .00        .00         5541.58
INTEREST PAID         183.66          .00          .00        .00          183.66
TOTAL PAID           5725.24          .00          .00        .00         5725.24
The Debtor's attorney, ROBERT J ADAMS & ASSOC           , was allowed $   3000.00
and was paid $   1693.67  direct and $   1306.33  through the plan.

The Trustee received $    218.43 .

Refunds to the Debtor totaled $       .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/14/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE